Order issued November 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01558-CV

## IN RE DAVID MCCREARY, Relator

Original Proceeding from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-52567-2011

# ORDER

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of habeas corpus. We **ORDER** that relator bear the costs of this original proceeding.

ROBERT M. FILLMORE
JUSTICE